IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAWN E. DANIEL                                                                                    PLAINTIFF

      v.                                       Civil No. 06-4046

H.L. PHILLIPS, Sheriff,
Miller County, Arkansas;
RICKY HUNTER, Ex-Warden;
SGT. RENE WRIGHT;
MIKE GRIFFIN, Warden; and
NURSE TERRY PORTER                                                                           DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Shawn E. Daniel, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2005), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Defendants filed a motion for summary judgment (Doc. 28). To assist Daniel in responding to the summary judgment motion, I entered an order (Doc. 31) directing him to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

On February 19th, the order and questionnaire were returned as undeliverable. The order and questionnaire were sent to Daniel's last known address at the Arkansas Department of Correction, the Cummins Unit. Daniel has failed to keep the court and opposing counsel informed of his address.

I therefore recommend Daniel's claims be dismissed on the grounds he has failed to keep the court informed of his current address and he has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b). **The parties have ten days from receipt of the report and recommendation in which to**

**file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of February 2008.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE