IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAWN E. DANIEL                                                                             PLAINTIFF

VS.                                           CASE NO. 4:06-CV-4046

H.L. PHILLIPS, Sheriff,
Miller County, Arkansas;
RICKY HUNTER, Ex-Warden;
SGT. RENE WRIGHT;
MIKE GRIFFIN, Warden; and
NURSE TERRY PORTER                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 22, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 32). Judge Bryant recommends dismissal of Plaintiff Shawn E. Daniels's complaint due to Plaintiff's failure to prosecute this action and to keep the Court informed of his current address.

Plaintiff has not filed objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of March, 2008.

                                                                          /s/ Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge